No. 91–8139. McKnight v. United States. C. A. 5th Cir. Certiorari denied.

No. 91–8165. Toste v. United States Postal Service. C. A. Fed. Cir. Certiorari denied.

No. 91–8177. Bosch v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8181. Moore v. Attorney General of the United States et al. C. A. 10th Cir. Certiorari denied.

No. 91–8188. Fulford v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–8195. Adams v. United States. C. A. 5th Cir. Certiorari denied.

No. 91–8196. Vargas v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–8201. Farkas et al. v. Ellis. C. A. 2d Cir. Certiorari denied.

No. 91–8202. Kinney v. United States. C. A. 4th Cir. Certiorari denied.

No. 91–8204. Mullins et al. v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–8206. Moussa v. United States. C. A. 3d Cir. Certiorari denied.

No. 91–8207. Phelps v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8209. Mayers v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–8214. McKinney v. Smith, Warden. C. A. 6th Cir. Certiorari denied.

No. 91–8224. Blanton v. United States. C. A. 10th Cir. Certiorari denied.